O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | CV 09-01708 AHM (PJWx) | **Date** | April 6, 2009 |
| **Title** | PLACIDO SERVIN-GOMEZ v. UNITED STATES OF AMERICA., *et al.* | | |

**Present: The Honorable**   A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

The Court has reviewed the attached document entitled "Notice, Motion, Authority and Jurisdiction Objected To By Placido Servin-Gomez" and chooses to rule on it even though it has not been properly served or filed. To the extent any coherence can be made of it, the motion appears to be an objection to the Notice of Removal and an effort to remand the action to state court. There is no basis to remand this action, because the Federal Defendants clearly had a right to remove this action. Accordingly, the Court DENIES the motion. Defendants need not respond.

Initials of Preparer   SMO

Placido Servin-Gomez, 16100-097
UNITED STATES PENITENTIARY
3901 Klein Blvd.
Lompoc, California 93436

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLACIDO SERVIN-GOMEZ,
        Plaintiff,

- vs -

UNITED STATES OF AMERICA,
a corporation, et al,
        Defendants

No. CV 09-1708-AHM (PJWx)

NOTICE, MOTION, AUTHORITY
AND JURISDICTION OBJECTED
TO BY PLACIDO SERVIN-GOMEZ

By Affidavit:

    I, Placido Servin-Gomez, do hereby swear, declare, depose and state on and for the record, as evidence and that I am over the age of 21 years of age, and have first hand knowledge of the facts stated herein; and

1). That Affiant received notice from ROBERT I. LESTER, Assistant United States Attorney that my Common Law Court Case was removed from the Superior Court Of California, County of Santa Barbara without authority and jurisdiction to do so against this Petitioner's wishes; and

2). That Affiant states on and for the record, that the Judge Matz, does not have an Oath of Office and is not Bonded to hear this case, as there is not a Article III, united states district court, under the united states Constitution; and

3). That Affiant further states on and for the record, the appointment of this cases was illegally removed from the Superior Court of California, County of Santa Barbara, in which the Judge was under Oath of Office and was Bonded to hear this case, with the Republic; and

4). That Affiant has placed bonds with the Secretary of the Treasury, of the United States, called Discharging and Indemnity Bonds, to protect this Petitioner's

Page 1 of 3

rights from being violated by these corporate, UNITED STATES OF AMERICA, Agents, Employee's who have violated the law under your own 18 U.S.C. § 242," It is illegal for anyone under color of law to deprive ANY person of rights, privileges, and immunities secured by the Bill of Right under the United States Constitution." "And the United States Constitution allows Federal Law to act on state territory only for treason, counterfeiting, piracy on the high seas, crimes against the laws of nations, or civil rights violations by Officials."

5). That Affiant states; "Is it my understanding that these Officials have and are violating the same United States Constitution that they have sworn to uphold and protect? This is a Felony punishable by Ten (10) years in prison and or fines up to $100,000.00 and or both; and

6). That Affiant further states; That the Defendants have received Notice as the record shows, Certificate of Service, Verified Complaint, Exhibit B and the service of process is deemed complete at the time of delivery to the prison authorities forwarding to the Court. Your own Houston v. Lack, 101 L.Ed. 2d 245 (1988) confirms that by such service upon the parties to litigation and by placing in a sealed, postage prepaid envelope addressed to the Defendants, and deposited in the United States Mail maintained by the UNITED STATES PENITENTIARY, Lompoc, California all requirements of service of process required by law have been fulfilled; and

7). That Affiant can not and will not give legal advice, as not knowing the law is no excuse, and the violation therefrom is punishable; and

8). That Affiant further states on and for the record, that this Court, Agents, Employee's have (15) fifteen days from the receipt of this Notice, Motion, Authority And Objection, to the Jurisdiction, by rebutting and delivery of 1) the Judges Oath of Office; 2) a copy of his Bond; 3) that this Judge is an Article III, Constitutionally appointed; 4) the Oath of Office of Robert I. Lester, Assistant United States Attorney; 5) copy of the A.U.S.A. Bond; 6) and any other Third Party intervener who will be assisting the Defendant's in this case as all are liable to these Petitions

and can be held for actions; 7) that because of the actions of these Public Servants and the damages caused by their silence, as U.S. v. Tweel, 550 F.2d 297, 299-300 (1977), "Silence can only be equated with Fraud, when there is a legal and moral duty to speak, or where an inquiry left unanswered would be intentionally misleading;" and

9) That Affiant, further states, that if the failure to reply to this Petitioner's inquiry by the Defendant's in this case were acting within the course and scope of their office or employment at the time of the alleged incidents out of which the claims arose, then as well as their Silence is taken as a Fraudulent acceptance for the crimes they have committed; and

10). That Affiant further states, that when an agent is trained in law and there is silence from the Agents, Employee's under "Fraud", and they lose there sovereign immunity and although the people under the 5th Amendment to the Constitution have the right to remain silent, the Public Officials have an Oath of Office and therefore U.S. v. Tweel, leaves little doubt, they are under oath to answer; and

11) That Affiant requests this Court to revert this case back to the Court in which it was stole without this Petitioner's permission, and further that because of this intervention by Third Party, be placed under Bond, Cash, of $50,000.00 each and placed in the United States Treasury by the Clerk of this Court, for the damages done to this Petitioner and his Private Property, and to be dealt with upon the out come of this case.

Dated: March 30, 2009

Respectfully submitted, under the penalty of perjury,

Placido Servin-Gomez, Authorized Representative for
PLACIDO SERVIN-GOMEZ, ens legis, a legal fiction

Placido Servin-Gomez, 16950-079
UNITED STATES PENITENTIARY
3901 Klein Blvd.
Lompoc, California   93436

I, Placido Servin Gomez, hereby certify that the attached NOTICE MOTION, was sent to the Clerk of the Court this March 30, 2009

United States District Court
For The Central District of California
Att: Clerk of Court
312 North Spring Street
Los Angeles, California   90012

Re: Case No. CV-09-1708-AHM (PJWx);

Dear Clerk of the Court;

   Please find enclosed with this letter a three (3) page NOTICE, MOTION, Objection to Authority and Jurisdiction, by Affiant, Plaintiff, Petitioner.

   Because of the fact I have been placed in Administrative Detention, with the loss of rights, privileges, and immunities. I do not have access to a copyer, nor to the law Library as the staff here at Lompoc, F.C.C. will not allow my legal work to be with me.

   I do hereby request that this is out of my control, that please copy and present to the Assistant United States Attorney Mr. Robert I. Lester, and please send me a copy stamped by this Court for my records.

   The paper we receive here is only 4 pages a week, and so I have used my weeks supply in this Notice and this letter. Any and all help would be very much appreciated.

                              Sincerely yours,

                              Placido Servin-Gomez, Petitioner