JS-6      O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-01708 AHM (PJWx) | Date | July 1, 2009 |
|---|---|---|---|
| Title | PLACIDO SERVIN-GOMEZ v. UNITED STATES OF AMERICA., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

On April 15, 2009, the Court granted Defendants' motion for a more definite statement pursuant to Fed. R. Civ. P. 12(e). The Court ordered Plaintiff to file a First Amended Complaint by April 30, 2009. Plaintiff has not filed a First Amended Complaint. Accordingly, the Court strikes the Complaint and dismisses the action.[1]

Since no First Amended Complaint was filed, Defendants' motion to dismiss is unnecessary. The motion is hereby terminated.

:

Initials of Preparer    se

---

[1] Docket No. 19.